United States Bankruptcy Court
Western District of North Carolina

Brennan,
    Plaintiff

Adv. Proc. No. 15-03149-jcw

Hagler,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0419-3      User: ea      Page 1 of 1      Date Rcvd: Oct 30, 2017
                       Form ID: pdf     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2017.
dft          +Keri Marie Hagler,   4100 Carmel Rd,   Suite B,   Charlotte, NC 28226-6151
5252707       North Carolina Department of Revenue,   Bankruptcy Unit,   P.O. Box 1168,
               Raleigh, NC 27602-1168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5252706      +E-mail/Text: cio.bncmail@irs.gov Oct 30 2017 18:22:38    Internal Revenue Service,
               P.O. Box 7317,   Philadelphia, PA 19101-7317
                                                                                                                                    TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla           Peter J. Brennan
cd            Peter J. Brennan
cc*          +Keri Marie Hagler,   4100 Carmel Rd,   Suite B,   Charlotte, NC 28226-6151
                                                                                                                                    TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2017 at the address(es) listed below:
         A. Burton Shuford    bshuford@absshuford.com,
          noticesonlynothingelse@gmail.com;abs@trustesolutions.net
         James H. Henderson    on behalf of Plaintiff Peter J. Brennan henderson@title11.com,
          ginny@title11.com;r45613@notify.bestcase.com
         James H. Henderson    on behalf of Counter-Defendant Peter J. Brennan henderson@title11.com,
          ginny@title11.com;r45613@notify.bestcase.com
                                                                                                                         TOTAL: 3



FILED & JUDGMENT ENTERED
Steven T. Salata

October 30 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| **Keri Marie Hagler** ) | |
| ) | |
| ) | **Case No. 15-30545** |
| ) | **Chapter 7** |
| **Debtor.** ) | |
| ) | |
| **Peter J. Brennan** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | **Adversary Proceeding** |
| ) | **No. 15-3149** |
| v. ) | |
| ) | |
| **Keri Marie Hagler** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF CLARIFICATION

Debtor, Keri Hagler f/k/a Keri Brennan, filed a bankruptcy petition on April 14, 2015. On June 2, 2015, debtor's ex-husband, Peter Brennan, sought the Court's permission to proceed with equitable distribution proceedings in state court by filing a motion for relief from stay. The Court entered an order on December 21, 2015 [Doc. 43] granting Peter Brennan's motion for relief from stay such that equitable distribution proceedings could be concluded. The order stated in relevant part:

1

1. The State Court may proceed with hearing the equitable distribution proceeding and the liquidation of the equitable distribution claims;

2. The State Court may only divide property that the Debtor has claimed exempt, or that is not property of the bankruptcy estate, between Movant and the Debtor; provided, however, that the Trustee may object to the State Court's division of such property, solely on the grounds that the same has not been claimed exempt or is property of the estate, with appropriate pleadings filed in this Court within fourteen days after the service of the equitable distribution order upon him;

3. If the State Court believes it should divide property which may be property of the Debtor's bankruptcy estate, it shall so state in its opinion, and to that extent the matter shall be referred back to this court for further proceedings.

At this juncture of the bankruptcy, all outstanding issues have been resolved less the determination of whether debts owed to Peter Brennan are discharged. The state court is free to proceed with equitable distribution proceedings pursuant to the Court's prior order.

Counsel for Peter Brennan is directed to provide a copy of this order as well as the Court's December 21, 2015, order to the judge presiding over the equitable distribution proceedings.

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court